

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00066-CV

**CONOCOPHILLIPS COMPANY**,
Appellant

v.

**VAQUILLAS UNPROVEN MINERALS, LTD.**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVQ000438-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDRED that appellee, Vaquillas Unproven Minerals, Ltd., recover its costs of this appeal from appellant, ConocoPhillips Company.

SIGNED August 5, 2015.

_____
Sandee Bryan Marion, Chief Justice